IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00291 |
| v. | (Judge Brann) |
| NATHAN CROWDER, MARKEESE ASKEW, WAYNE DAVIDSON, and RAYMOND HOWARD, Defendants. | |

## **ORDER**

**AND NOW**, this 21st day of February 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendant Crowder's motion, joined by Defendants Howard and Davidson, for Pre-Trial Disclosure of *Brady* Material and Early Disclosure of Jencks Material, November 30, 2018, ECF No. 124, is **GRANTED in part and DENIED in part**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge