# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00291 |
| v. | (Judge Brann) |
| NATHAN CROWDER, MARKEESE ASKEW, WAYNE DAVIDSON, and RAYMOND HOWARD, Defendants. | |

## ORDER

**AND NOW**, this 14th day of March 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendant Crowder's Motion for Disclosure of Informants, November 30, 2018, ECF No. 130, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge