IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00291 |
| v. | (Judge Brann) |
| NATHAN CROWDER,<br>MARKEESE ASKEW,<br>WAYNE DAVIDSON, and<br>RAYMOND HOWARD, | |
| Defendant. | |

## ORDER

**AND NOW**, this 22nd day of March 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Crowder's "Motion for a Pre-Trial *James* Hearing to Determine the Existence of a Conspiracy and the Admissibility of Co-conspirator's Statements," November 30, 2018, ECF No. 126, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge