# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00291 |
| v. | (Judge Brann) |
| NATHAN CROWDER, *et al.*, | |
| Defendants. | |

## ORDER

**FEBRUARY 19, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' motions to exclude the expert testimony of Dr. Nelson are **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge