UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:17-CR-00291-1 |
| | ) | |
| | ) | (BRANN, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| NATHAN CROWDER, | ) | |
| Defendant | ) | |

<u>ORDER</u>

In accordance with the accompanying Memorandum Opinion of this date, the Motion for Bail (Doc. 279) is DENIED.

Dated:  April 16, 2020

BY THE COURT

*<u>s/William I. Arbuckle</u>*
William I. Arbuckle
U.S. Magistrate Judge